UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID HOLSAPPLE | * | CIVIL ACTION NO. 18-00176 |
| VERSUS | * | JUDGE JAY C. ZAINEY |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | * | MAGISTRATE JUDGE KAREN WELLS ROBY |

\* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this 15th day of June, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE